# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Freddie Moultry Jr.,        ) | |
| ) | |
|     Plaintiff,        ) | Civil Action File No.: |
| ) | 1:21-cv-04878-TWT-AJB |
| v.        ) | |
| ) | |
| Equifax Information Services LLC        ) | |
| and Wells Fargo Bank, National        ) | |
| Association (Inc.), as successor by        ) | |
| merger to Wells Fargo Home        ) | |
| Mortgage,        ) | |
| ) | |
|     Defendants.        ) | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC, ONLY

Plaintiff, Freddie Moultry Jr., by and through undersigned counsel, hereby dismisses this action against Defendant, Equifax Information Services LLC, **with prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 29th day of November, 2022.

                                                             **BERRY & ASSOCIATES**

                                                             */s/ Matthew T. Berry*
                                                             Matthew T. Berry
                                                             Georgia Bar No.: 055663
                                                             matt@mattberry.com
                                                             Telephone: (404) 235-3334

2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2022, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case. I also served a copy of the foregoing document on Equifax Information Services LLC, with adequate postage affixed thereto and addressed as follows:

Christine Kapur
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 451328
Atlanta, GA 31145
Phone 470-990-2568
Fax 404-592-6102
chris.armor@armorlaw.com

*Counsel for Plaintiff*